1    Michael L. Farley, SBN 76368
     Jennie Barkinskaya, SBN 279880
2    FARLEY LAW FIRM
     108 West Center Avenue
3    Visalia, California 93291
     Telephone:  559-738-5975
4    Facsimile:   559-732-2305

5    Attorneys for Defendant, Luz Patricia Barnett

6

7
                        UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10   STATE FARM LIFE INSURANCE          Case No.  1:14-CV-01688-GEB-SAB
     COMPANY,
11                                      **STIPULATION AND ORDER TO**
                   Plaintiff,           **CONTINUE DISCOVERY DEADLINES**
12
            v.
13
     LUZ PATRICIA BARNETT, JENNA
14   MCCAIN and KYLE BARNETT,

15                 Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES

IT IS HEREBY STIPULATED by and between Defendants LUZ PATRICIA BARNETT, JENNA MCCAIN, and KYLE BARNETT, through their respective counsel, as follows:

**RECITALS**

1.      The Scheduling Order in the above-entitled matter provides that initial expert witness disclosures pursuant to Federal Rules of Civil Procedure, Rule 26(a)(2)(B) and (C) are to completed by August 19, 2015.

2.      The Scheduling Order further provides that any contradictory and/or rebuttal experts authorized under Federal Rules of Civil Procedure, Rule 26(a)(2)(D)(ii) are to be completed by September 18, 2015.

3.      The Scheduling Order further provides that all discovery is to be completed by January 19, 2016.

NOW, THEREFORE, IT IS STIPULATED AS FOLLOWS:

**STIPULATION**

1.      That the deadline to exchange expert witnesses pursuant to Federal Rules of Civil Procedure, Rule 26(a)(2)(B) is continued to September 7, 2015.

2.      That the exchanges of contradictory and/or rebuttal experts pursuant to Federal Rules of Civil Procedure, Rule 26(a)(2)(D)(ii) is continued to October, 7, 2015.

3.      That discovery cut-off  is continued to February 8, 2016.

DATED: August __, 2015                         FARLEY LAW FIRM


                                               By _____
                                                  Jennie Barkinskaya
                                                  Attorneys for Luz Patricia Barnett


DATED: August __, 2015                         LEN TILLEM & ASSOCIATES


                                               By _____
                                                  Audrey J. Gerard
                                                  Attorneys for Jenna McCain and Kyle Barnett

1

## **ORDER**

2      The Court having read and considered the above Stipulation of the parties, HEREBY

3 ORDERS as follows:

4      1.   That the exchanges of expert witnesses pursuant to Federal Rules of Civil Procedure,

5 Rule 26(a)(2)(B) are to be completed by September 7, 2015.

6      2.   That the exchanges of contradictory and/or rebuttal experts pursuant to Federal Rules

7 of Civil Procedure, Rule 26(a)(2)(D)(ii) are to be completed by October, 7, 2015.

8      3.   That discovery in this matter is to be completed by February 8, 2016.

9 Dated:  August 18, 2015

10

11                              _____

12                              GARLAND E. BURRELL, JR.
                               Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28