UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LUZ PATRICIA BARNETT, JENNA McCAIN, and KYLE BARNETT,<br><br>　　　　　Defendant. | No. 1:14-cv-01688-GEB-SAB<br><br>**ORDER** |

The Court declines to sign the parties' stipulation and proposed order filed on December 15, 2015, which concerns the distribution of the remaining interpleader funds deposited with the Court since the stipulation does not address how any accrued interest is to be paid after the Court's registry fee[1] is deducted therefrom. Any future stipulation and proposed order concerning the distribution of interpleader funds shall state using percentages how the remaining interest is to be distributed after the registry fee is satisfied.

Dated: December 17, 2015

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge
```

---

[1] The amount of the registry fee is computed pursuant to the Guide to Judiciary Policy, Vol. 13, Ch. 9, § 920.50.20 ("Computation of Registry Fees").

1