AUDREY J. GERARD (California State Bar No. 209959)
**LEN TILLEM AND ASSOCIATES**
846 Broadway
Sonoma, California 95476-7013
Telephone: (707) 996-4505
Facsimile: (707) 996-2460
E-Mail: agerard@lentillem.com

Attorney for Defendants
KYLE BARNETT and JENNA MCCAIN

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>LUZ PATRICIA BARNETT, JENNA McCAIN AND KYLE BARNETT,<br><br>             Defendant | Case No.: 14-CV-01688-GEB-SAB<br><br>STIPULATION AND ORDER FOR DISTRIBUTION ON FUNDS ON DEPOSIT AND DISMISSAL WITH PREJUDICE |

    IT IS HEREBY STIPULATED, by and among Defendants Luz Patricia Barnett, defendant Jenna McCain and defendant Kyle Barnett, through their respective attorneys of record, that:

    1. State Farm properly filed its Complaint in Interpleader herein, and that this is a proper cause for interpleader.

2. By reason of the death of Justin Barnett (the "Decedent") on or about July 27, 2014, the total sum of $250,024.95 (the "Proceeds") became due and payable under State Farm's life insurance policy number LF-2251-5400 (the "Policy").

3. Defendant Luz Patricia Barnett, defendant Jenna McCain and defendant Kyle Barnett each claim all or some portion of Proceeds. No other person or entity has made a claim to the proceeds.

4. Plaintiff State Farm Insurance company deposited the sum of $252,273.67 (two hundred fifty-two thousand two hundred seventy-three dollars and sixty-seven cents), representing the Proceeds plus interest, with the Clerk of this Court on or about October 29, 2014.  Plaintiff State Farm was released and discharged by previous Stipulation and Order of this Court.  At the time of said release and discharge, State Farm was awarded the sum of $1,000.00 for the attorneys' fees and costs it incurred in connection with this action, and pursuant to the previous Stipulation and Order the Clerk of the Court paid said sum directly to Plaintiff State Farm Insurance Company.

5. Pursuant to the previous Stipulation and Order, defendant Jenna McMCain and defendant Kyle Barnett were jointly awarded the sum of $125,636.84 as that portion of the funds deposited herein as to which defendant Luz Patricia Barnett made no claim.  The Clerk of this Court has paid that sum jointly to defendants Jenna McCain and defendant Kyle Barnett.

6. The parties have resolved their dispute through negotiation, and have agreed that the remaining funds on deposit shall be paid as follows: $20,000 (twenty thousand dollars) to Luz Patricia Barnett, by check made payable to Farley Law Firm in trust for Luz Patricia Barnett and delivered via first class mail to her attorneys of record at the following address: 108 West Center Avenue, Visalia, CA 93291; one hundred percent (100%) of the remaining balance on deposit

after the Court's registry fee is satisfied, including accrued interest, shall be paid to Kyle Barnett and Jenna McCain, by check made payable to "Len Tillem & Associates in trust for Kyle Barnett and Jenna McCain" and delivered via first class mail to their attorneys of record at the following address: Len Tillem & Associates, Att'n: Audrey J. Gerard, 846 Broadway, Sonoma, California 95476;

    7. Upon the execution of this Stipulation and Order and distribution of the funds as set forth in Paragraph 6, above, the case can be dismissed with prejudice as to all parties.

    8. This stipulation may be executed in any number of counterparts, each of which may be an original, but all of which shall constitute one and the same instrument.

IT IS SO STIPULATED.   **LEN TILLEM & ASSOCIATES**

DATED: _____   _____
AUDREY J. GERARD, Attorneys for
KYLE BARNETT and JENNA McCAIN

IT IS SO STIPULATED.   **FARLEY LAW FIRM**

DATED: _____   _____
MICHAEL FARLEY, Attorney for
LUZ PATRICIA BARNETT

### ORDER

IT IS SO ORDERED.

Dated: January 4, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER FOR DISTRIBUTION ON FUNDS ON DEPOSIT AND DISMISSAL WITH PREJUDICE -